UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| CURTIS O. JACKSON, # 282320, | |
| Plaintiff, | Case No. 1:13-cv-1297 |
| v. | Honorable Paul L Maloney |
| CATHY STODDARD, et al., | |
| Defendants. | |

## JUDGMENT

In accordance with the Memorandum Opinion filed this date:

IT IS ORDERED THAT defendants' motion for summary judgment (ECF No. 82) is GRANTED and judgment is entered in defendants' favor on all plaintiff's claims.

Dated:  March 14, 2017               /s/ Paul L. Maloney
                                     Paul L. Maloney
                                     United States District Judge